UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVSION

---------------------------------------------------------------------------x

| | |
|---|---|
| Amir Ohayon | Civil Action No: 0:20-cv-62664 |
| Plaintiff, | |
| -v.- | |
| JP Morgan Chase Bank, N.A. | |
| Defendant(s). | |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff, and Defendant, JP Morgan Chase Bank, N.A in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** September 22, 2021

| For Plaintiff Amir Ohayon | For Defendant JP Morgan Chase Bank, N.A. |
|---|---|
| */s/ Justin Zeig* | */s/ Alisa M. Taormina* |
| Justin Zeig, Esq. | Alisa M. Taormina |
| Zeig Law Firm, LLC | Stroock & Stroock & Lavan LLP |
| 3475 Sheridan Street, Ste 310 | 200 South Biscayne Blvd Suite 3100 |
| Hollywood, FL 33021 | Miami, FL 33131 |
| justin@zeiglawfirm.com | Ataormina@stroock.com |

## CERTIFICATE OF SERVICE

I certify that on September 22, 2021, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>*/s/ Justin Zeig*
>Justin Zeig
>Zeig Law Firm, LLC
>3475 Sheridan Street, Ste 310
>Hollywood, FL 33021
>justin@zeiglawfirm.com
>*Attorneys for Plaintiff*