UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62664-CIV-COHN/STRAUSS

AMIR OHAYON,

    Plaintiff,

vs.

JP MORGAN CHASE BANK, N.A.,

    Defendant.
_____/

### ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice [DE 30] ("Stipulation"). The Court has reviewed the Stipulation and the record in this case, and is otherwise advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that the Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of September, 2021.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.